UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Rachel Watson<br><br>    Debtor(s) | Case No. 14 B 45786 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on <u>12/27/2014</u>.

2) The plan was confirmed on <u>04/28/2015</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>11/30/2015, 03/01/2016</u>.

5) The case was Converted on <u>05/24/2016</u>.

6) Number of months from filing to last payment: <u>15</u>.

7) Number of months case was pending: <u>18</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>NA</u>.

10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $297.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$297.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $11.04 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$11.04** |

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Aarons Sales And Lease Ownership | Unsecured | 1,458.04 | NA | NA | 0.00 | 0.00 |
| Affordable Furniture | Secured | 200.40 | 0.00 | 200.40 | 200.40 | 0.86 |
| AFNI | Unsecured | 42.37 | 56.39 | 56.39 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 0.00 | 558.35 | 558.35 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,428.58 | 1,401.29 | 1,401.29 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 0.00 | 356.35 | 356.35 | 0.00 | 0.00 |
| Bad Check Restitution Program | Unsecured | 556.08 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 2,208.50 | NA | NA | 0.00 | 0.00 |
| Cash America Jewelry & Loan | Secured | 490.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Investments LLC | Unsecured | 0.00 | 540.96 | 540.96 | 0.00 | 0.00 |
| Children's Memorial Medical Center | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 173.73 | NA | NA | 0.00 | 0.00 |
| Complete Payment Recovery Services | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| Finger | Unsecured | 419.71 | NA | NA | 0.00 | 0.00 |
| H&R Block Bank | Unsecured | 1,081.87 | 1,081.87 | 1,081.87 | 0.00 | 0.00 |
| ICS, Inc. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Integrity Solutions Service | Unsecured | 431.27 | NA | NA | 0.00 | 0.00 |
| Kroger | Unsecured | 575.00 | 311.86 | 311.86 | 0.00 | 0.00 |
| Marshall Field Garden Apartments | Unsecured | 507.00 | 507.00 | 507.00 | 84.70 | 0.00 |
| Marshall Field Garden Apartments | Unsecured | 400.00 | 338.38 | 338.38 | 0.00 | 0.00 |
| Marshall Field Garden Apartments | Unsecured | 757.00 | 1,458.00 | 1,458.00 | 0.00 | 0.00 |
| Mathmania | Unsecured | 22.07 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management, Inc. | Unsecured | 0.00 | 1,605.04 | 1,605.04 | 0.00 | 0.00 |
| Midland Credit Management, Inc. | Unsecured | 1,127.32 | 194.28 | 194.28 | 0.00 | 0.00 |
| Northwestern Medical Group | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 437.00 | 495.40 | 495.40 | 0.00 | 0.00 |
| Pediatric Faculty Foundation | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| Perimeter Credit LLC | Unsecured | 1,910.09 | NA | NA | 0.00 | 0.00 |
| Revenue Production Management | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 255.92 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sanford Kahn, Ltd | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin Associates | Unsecured | 278.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 1,741.62 | NA | NA | 0.00 | 0.00 |
| Webster Emergency Physician | Unsecured | 1,095.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $200.40 | $200.40 | $0.86 |
| **TOTAL SECURED:** | **$200.40** | **$200.40** | **$0.86** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,905.17** | **$84.70** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $11.04 |
| Disbursements to Creditors | $285.96 |
| **TOTAL DISBURSEMENTS :** | **$297.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/20/2016          By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**